```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
KERRIE CAMPBELL, et al.,                                     :
                                                             :
                                        Plaintiffs,          :
                                                             :          16-CV-6832 (JPO)
                 -v-                                         :
                                                             :          ORDER
CHADBOURNE & PARKE LLP, et al.,                              :
                                                             :
                                        Defendants.          :
-------------------------------------------------------------X
```

J. PAUL OETKEN, District Judge:

For the reasons stated by the Court at oral argument on April 17, 2017, Plaintiffs' emergency motion is DENIED.

The Clerk of Court is directed to close the motion at Docket Number 85.

SO ORDERED.

Dated: April 17, 2017
       New York, New York

                                                                    _____
                                                                           J. PAUL OETKEN
                                                                    United States District Judge