| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 1 | ("Management Committee" OR "MC" OR "Committee") AND ((partner or partners or partnership) NEAR/10 (offer* near/10 package* OR propos*)) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((partner or partners or partnership) NEAR/10 (offer* near/10 package* OR propos*)) |
| 2 | ("Management Committee" OR "MC" OR "Committee") AND ((partner or partners or partnership) NEAR/20 offer* NEAR/20 join) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((partner or partners or partnership) NEAR/20 offer* NEAR/20 join) |
| 3 | [redacted] | [redacted] | All | [redacted] | |
| 4 | (offer* OR package* OR propos*) NEAR/20 (recruit* OR lateral* OR candidate* OR hire* or hiring OR incoming OR new) NEAR/20 ((partner or partners or partnership) NEAR/20 (comp* OR point* OR share* OR pay*)) | (offer* OR package* OR propos*) **NEAR/10** (recruit* OR lateral* OR candidate* OR hire* or hiring OR incoming OR new) **NEAR/10** ((partner or partners or partnership) **NEAR/10** (comp* OR point* OR share* OR pay*)) | All | (offer* OR package* OR propos*) **NEAR/20** (recruit* OR lateral* OR candidate* OR hire* or hiring OR incoming OR new) NEAR/10 ((partner or partners or partnership) **NEAR/20** (comp* OR point* OR share* OR pay*)) | |
| 5 | Vot* AND ((*formal* OR "pro forma") AND (partner or partners or partnership)) | Vot* **NEAR/10** ((*formal* OR "pro forma") **NEAR/20** (recruit* OR lateral* OR candidate* OR hire or hiring or hired OR incoming OR new) **NEAR/10** (partner or partners or partnership)) | All | Vot* **NEAR/40** ((*formal* OR "pro forma") **NEAR/40** (recruit* OR lateral* OR candidate* OR hire or hiring or hired OR incoming OR new) **NEAR/40** (partner or partners or partnership)) | |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 6 | | Vot* **NEAR/10** ((*formal* OR "pro forma") **NEAR/20** (policy or directive or instruct or instruction or requirement) **NEAR/10** (partner or partners or partnership)) | All | Vot* **NEAR/40** ((*formal* OR "pro forma") **NEAR/40** (policy or directive or instruct or instruction or requirement) **NEAR/40** (partner or partners or partnership)) | |
| 7 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) AND de-equit* | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) AND de-equit* |
| 8 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) AND deequit* | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) AND deequit* |
| 9 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 terminat* | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 terminat* |
| 10 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 fire* | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 fire* |
| 11 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) AND firing | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) **NEAR/40** firing | All | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) **AND** firing | |
| 12 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 expel* | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 expel* |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 13 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/20 remov* | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/20 remov* |
| 14 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 resign* | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 resign* |
| 15 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 retire* | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 retire* |
| 16 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 depart | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 depart |
| 17 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 withdraw | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 withdraw |
| 18 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 withdrew | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/40 withdrew |
| 19 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) AND "partner in transition" | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) AND "partner in transition" |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 20 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) AND "partner-in-transition" | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) AND "partner-in-transition" |
| 21 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/20 ((let* NEAR/2 go) OR "move on" OR (mov* NEAR/5 (practice OR firm)) OR ((transfer* OR leave) NEAR/5 (practice OR firm))) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners or partnership) NEAR/20 ((let* NEAR/2 go) OR "move on" OR (mov* NEAR/5 (practice OR firm)) OR ((transfer* OR leave) NEAR/5 (practice OR firm))) |
| 22 | (partner OR partners) NEAR/40 (Title VII OR "Equal Pay Act" OR "EPA" OR "Family and Medical Leave Act" OR FMLA OR "District of Columbia Human Rights Act" OR DCHRA OR "New York City Human Rights Law" OR NYCHRL OR "New York State Human Rights Law" OR NYSHRL or "New York Equal Pay Law" OR NYEPL) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | (partner OR partners) NEAR/40 (Title VII OR "Equal Pay Act" OR "EPA" OR "Family and Medical Leave Act" OR FMLA OR "District of Columbia Human Rights Act" OR DCHRA OR "New York City Human Rights Law" OR NYCHRL OR "New York State Human Rights Law" OR NYSHRL or "New York Equal Pay Law" OR NYEPL) |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 23 | ("Kerrie Campbell" OR "Kerrie" OR "Campbell") NEAR/40 (hire* or hiring OR offer* OR package* OR propos* OR recruit* OR lateral* OR candidate* OR incoming OR terminat* OR fire* OR firing OR expel* OR remov* OR resign* OR retire* OR depart* OR withdraw OR withdrew OR "partner in transition" OR "partner-in-transition") | ("Kerrie Campbell" OR "Kerrie" OR "Campbell") **NEAR/10** (hire* or hiring OR offer* OR package* OR propos* OR recruit* OR lateral* OR candidate* OR incoming OR terminat* OR fire* OR firing OR expel* OR remov* OR resign* OR retire* OR depart or departing or departure or departed OR withdraw OR withdrew OR "partner in transition" OR "partner-in-transition") | All | ("Kerrie Campbell" OR "Kerrie" OR "Campbell") **NEAR/40** (hire* or hiring OR offer* OR package* OR propos* OR recruit* OR lateral* OR candidate* OR incoming OR terminat* OR fire* OR firing OR expel* OR remov* OR resign*OR depart or departing or departure or departed OR withdraw OR withdrew OR "partner in transition" OR "partner-in-transition") | |
| 24 | ("Jaroslawa Johnson" OR "Jaroslawa" OR "Slava") AND (terminat* OR fire* OR firing OR expel* OR remov* OR resign* OR retire* OR depart* OR withdraw OR withdrew) | ("Jaroslawa Johnson" OR "Jaroslawa" OR "Slava") **NEAR/10** (terminat* OR fire* OR firing OR expel* OR remov* OR resign* OR retire* OR depart or departing to departure or departed OR withdraw OR withdrew) | All | ("Jaroslawa Johnson" OR "Jaroslawa" OR "Slava") **AND** (terminat* OR remov* OR resign* OR retire* OR depart or departing to departure or departed OR withdraw OR withdrew) | |
| 25 | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/20 draw) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/20 draw) |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 26 | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/40 pay*) | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) **NEAR/20** pay*) | All | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) **NEAR/30** pay*) | |
| 27 | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/20 (compensat* OR pay OR draw) | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/20 (compensat*) | All | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/20 (compensat*) | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/20 (compensat*) |
| 28 | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/40 check) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/40 check) |
| 29 | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/20 deposit) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((withhold OR withheld OR delay* OR delinquent) NEAR/20 deposit) |
| 30 | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 "billing rate") | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) **NEAR/20** "billing rate") | All | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) **NEAR/40** "billing rate") | |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 31 | ("Management Committee" OR "MC" OR "Committee") AND ((approve OR approval OR confirm* OR authorize OR allow) NEAR/20 rate*) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((approve OR approval OR confirm* OR authorize OR allow) NEAR/20 rate*) |
| 32 | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 budget*) | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) **NEAR/20** budget*) | All | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) **NEAR/30** budget*) | |
| 33 | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/20 expense*) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/20 expense*) |
| 34 | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/20 expend*) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/20 expend*) |
| 35 | ("Management Committee" OR "MC") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 "write-off") | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 "write-off") |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 36 | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 "writeoff") | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 "writeoff") |
| 37 | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 variance*) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 variance*) |
| 38 | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/20 travel*) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/20 travel*) |
| 39 | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 (increas* OR decreas* OR hire* or hiring or fire* or firing or terminat*) NEAR/40 (staff* OR associate* OR counsel*)) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND ((approv* OR confirm* OR authori* OR allow OR certif*) NEAR/40 (increas* OR decreas* OR hire* or hiring or fire* or firing or terminat*) NEAR/40 (staff* OR associate* OR counsel*)) |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 40 | ("Management Committee" OR "MC") AND (select* OR cho* OR nomin* OR ask* OR volunteer* OR appoint* OR assign* OR designate* OR request*) AND ("practice group head" OR "practice group lead" OR "practice group chair" OR "firm committee" OR "collections committee" OR "lateral recruiting committee" OR "diversity committee" OR "women's committee" OR "womens committee" OR "women's initiative" OR "professional staff" OR PSC) | ("Management Committee" OR "MC") AND (select* OR cho* OR nomin* OR ask* OR volunteer* OR appoint* OR assign* OR designate* OR request*) **NEAR/20** ("practice group head" OR "practice group lead" OR "practice group chair" OR "firm committee" OR "collections committee" OR "lateral recruiting committee" OR "diversity committee" OR "women's committee" OR "womens committee" OR "women's initiative" OR "professional staff" OR PSC) | All | ("Management Committee" OR "MC") AND (select* OR cho* OR nomin* OR ask* OR volunteer* OR appoint* OR assign* OR designate* OR request*) **NEAR/40** ("practice group head" OR "practice group lead" OR "practice group chair" OR "firm committee" OR "collections committee" OR "lateral recruiting committee" OR "diversity committee" OR "women's committee" OR "womens committee" OR "women's initiative" OR "professional staff" OR PSC) | |
| 41 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners OR partnership) AND (question OR inquir* OR request* OR demand OR approve OR approval OR confirm* OR authorize OR allow) NEAR/40 schedule | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approve OR approval OR confirm* OR authorize OR allow) NEAR/40 schedule | Management Committee Members | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approve OR approval OR confirm* OR authorize OR allow) NEAR/40 schedule | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approve OR approval OR confirm* OR authorize OR allow) NEAR/40 schedule |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 42 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 leave | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 leave |
| 43 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/40 "Family and Medical Leave Act" | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/40 "Family and Medical Leave Act" |
| 44 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/40 FMLA | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/40 FMLA |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 45 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request OR query OR demand OR approve OR approval OR confirm* OR authorize OR allow) NEAR/20 absence | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request OR query OR demand OR approve OR approval OR confirm* OR authorize OR allow) NEAR/20 absence |
| 46 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 sabbatical | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 sabbatical |
| 47 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 "work from home" | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 "work from home" |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 48 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 "working from home" | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 "working from home" |
| 49 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 satellite | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/20 satellite |
| 50 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/40 remote | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question OR inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/40 remote |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 51 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/40 (work* NEAR/5 hours) | No modifications to 10/30 proposal | Management Committee Members | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (inquir* OR request* OR query OR demand OR approv* OR confirm* OR author* OR allow OR cert*) NEAR/40 (work* NEAR/5 hours) |
| 52 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners OR partnership) NEAR/40 (comply OR complian* OR complie* OR adher* OR mandatory OR require* OR OR disciplin* OR reprimand* OR warn*) | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) **NEAR/10** (comply OR complian* OR complie* OR adher* OR mandatory OR deadline* OR disciplin* OR reprimand* OR warn*) | All | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) **NEAR/40** (comply OR complian* OR complie* OR adher* OR mandatory OR deadline* OR disciplin* OR reprimand* OR warn*) | |
| 53 | (partner OR partners OR partnership) NEAR/10 (act OR refer* OR treat* OR behave) NEAR/20 (employee OR employer OR owner) | partner OR partners OR partnership) NEAR/10 (act OR refer* OR treat* OR behave) **NEAR/10** (employee OR employer OR owner) | All | (partner OR partners OR partnership) NEAR/10 (act OR refer* OR treat* OR behave) **NEAR/20** (employee OR employer OR owner) | |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 54 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question* OR inquir* OR request* OR query OR demand OR inform*) NEAR /40 ((open OR close) NEAR/20 (foreign OR oversea* OR international* OR London OR Warsaw OR Kiev OR Kyiv OR Moscow OR "Mexico City" OR "Sao Paulo" OR Istanbul OR Dubai OR merge* OR revenue* OR utilization* OR realization* OR "international partner" OR "guarantee partner" OR "lease capital" OR study OR report OR profit* OR loss* OR secre*)) | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question* OR inquir* OR request* OR query OR demand OR inform* or respon*) NEAR /40 ((open OR close) NEAR/20 (foreign OR oversea* OR international* OR London OR Warsaw OR Kiev OR Kyiv OR Moscow OR "Mexico City" OR "Sao Paulo" OR Istanbul OR Dubai) | From Management Committee members; To Management Committee Members | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question* OR inquir* OR request* OR query OR demand OR inform*) NEAR /40 ((open OR close) NEAR/20 (foreign OR oversea* OR international* OR London OR Warsaw OR Kiev OR Kyiv OR Moscow OR "Mexico City" OR "Sao Paulo" OR Istanbul OR Dubai) NEAR/40 (revenue* OR utilization* OR realization* OR "international partner" OR "guarantee partner" OR report or profit*) | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question* OR inquir* OR request* OR query OR demand OR inform*) NEAR /40 ((open OR close) NEAR/20 (foreign OR oversea* OR international* OR London OR Warsaw OR Kiev OR Kyiv OR Moscow OR "Mexico City" OR "Sao Paulo" OR Istanbul OR Dubai) NEAR/40 (revenue* OR utilization* OR realization* OR "international partner" OR "guarantee partner" OR report or profit*) |
| 55 | | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question* OR inquir* OR request* OR query OR demand OR inform*) NEAR/20 (merge*) | From Management Committee members; To Management Committee Members | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question* OR inquir* OR request* OR query OR demand OR inform* or respon*) NEAR/40 (merge* OR combination) | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question* OR inquir* OR request* OR query OR demand OR inform* or respon*) NEAR/40 (merge* OR combination) |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 56 | | | All | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question* OR inquir* OR request* OR query OR demand OR inform* or respon*) AND ("lease capital" OR (study OR report NEAR/10 profit* OR loss*)) | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) AND (question* OR inquir* OR request* OR query OR demand OR inform* or respon*) AND ("lease capital" OR (study OR report NEAR/10 profit* OR loss*)) |
| 57 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) NEAR/40 (complain* OR concern* OR object* OR protest* OR crit* OR oppos* OR disagree* OR dissent*OR challenge OR petition* OR frustrate* OR dismay) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) NEAR/40 (complain* OR concern* OR object* OR protest* OR crit* OR oppos* OR disagree* OR dissent*OR challenge OR petition* OR frustrate* OR dismay) |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 58 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) NEAR/20 (adjust* OR increase* OR decrease* OR award OR allocate* OR grant* OR allot* OR "self-evaluation" OR "self evaluation" OR evaluation OR performance OR "self-review" OR "self review" OR "points memo" OR "annual memo") NEAR/20 (point* OR share* OR comp* OR pay* OR paid OR bonus OR incentive* OR matrix OR level* OR metric* OR profit* OR loss* OR capital) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners) NEAR/20 (adjust* OR increase* OR decrease* OR award OR allocate* OR grant* OR allot* OR "self-evaluation" OR "self evaluation" OR evaluation OR performance OR "self-review" OR "self review" OR "points memo" OR "annual memo") NEAR/20 (point* OR share* OR comp* OR pay* OR paid OR bonus OR incentive* OR matrix OR level* OR metric* OR profit* OR loss* OR capital) |
| 59 | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners OR partnership) AND (develop* OR implem* OR discuss* OR concern OR object* OR oppos* OR disagree*) NEAR/10 (policy OR requirement OR directive OR instruc*) | No modifications to 10/30 proposal | All | No modifications to 10/30 proposal | ("Management Committee" OR "MC" OR "Committee") AND (partner OR partners OR partnership) AND (develop* OR implem* OR discuss* OR concern OR object* OR oppos* OR disagree*) NEAR/10 (policy OR requirement OR directive OR instruc*) |

| Search No. | Plaintiffs' Proposal as of 10/30/2017 | Defendants' Proposal as of 11/1/2017 | Chadbourne Custodians | Plaintiffs' Proposal as of 11/2/2017 | Final Search Terms |
|---|---|---|---|---|---|
| 60 | ("Management Committee" OR MC OR "Committee") AND (adjust* OR increase* OR decrease* OR allocate* OR allot* OR place) NEAR/20 (profit* OR revenue* OR income) AND bonus* | ("Management Committee" OR "MC" OR "Committee") AND (adjust* OR increase* OR decrease* OR allocate* OR allot* OR pool OR "set aside") **NEAR/10** bonus* | From Management Committee members; To Management Committee Members | ("Management Committee" OR "MC" OR "Committee") AND (adjust* OR increase* OR decrease* OR allocate* OR allot* OR pool OR "set aside") **NEAR/20** bonus* | |
| 61 | | | From Management Committee members; To Management Committee Members | ("Management Committee" OR "MC" OR "Committee") AND (propos* OR amend* or modif*) NEAR/40 (agreement OR "Partnership Agreement" OR "PA") | ("Management Committee" OR "MC" OR "Committee") AND (propos* OR amend* or modif*) NEAR/40 (agreement OR "Partnership Agreement" OR "PA") |