USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERRIE CAMPBELL, et al.,

    Plaintiffs,

-against-

CHADBOURNE & PARKE LLP, et al.,

    Defendants.

16-CV-06832 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The discovery disputes raised in the parties' joint letter dated November 7, 2017 (Dkt. No. 159) are resolved as stated on the record during today's conference. The unredacted version of Dkt. No. 159 shall be filed under seal. The Chadbourne Defendants' deadline to complete their ESI production is extended to **December 15, 2017**.

Dated: New York, New York
      November 9, 2017

**SO ORDERED.**

_____
BARBARA MOSES
United States Magistrate Judge