**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KERRIE L. CAMPBELL,** **JAROSLAWA Z. JOHNSON, and** **MARY T. YELENICK,** **individually, and on behalf of others** **similarly situated,** | |
| **Plaintiffs,** | **Civ. No. 1:16-cv-06832 (JPO)(BCM)** |
| **v.** | |
| **NORTON ROSE FULBRIGHT US LLP,** **CHADBOURNE & PARKE LLP,** **MARC ALPERT, ANDREW GIACCIA,** **ABBE LOWELL, LAWRENCE** **ROSENBERG, HOWARD SEIFE, and** **PAUL WEBER,** | |
| **Defendants.** | |

**NOTICE OF CONSENT MOTION**
**FOR APPROVAL OF SETTLEMENT OF, AND DISMISSAL OF,**
**PLAINTIFFS' EQUAL PAY ACT CLAIMS**

PLEASE TAKE NOTICE that Plaintiffs Kerrie L. Campbell, Jaroslawa Z. Johnson, and

Mary T. Yelenick, by and through their undersigned attorneys, hereby move this Court for an order

approving the settlement of their individual claims under the Equal Pay Act and dismissing their

individual claims under the Equal Pay Act with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  In

support of this motion, Plaintiffs refer the Court to the accompanying Memorandum of Law in

Support of Consent Motion for Approval of Settlement of, and Dismissal of, Plaintiffs' Equal Pay

Act Claims, the Declaration of David Sanford and the supporting exhibits affixed thereto, and all

prior filings and proceedings had in this case.

1

Dated: March 14, 2018                    Respectfully submitted,

David W. Sanford (admitted *pro hac vice*)
Jeremy Heisler (JH-0145)
Kevin Sharp (admitted *pro hac vice*)
Andrew Melzer (AM-7649)
Alexandra Harwin (AH-3111)
Saba Bireda (admitted *pro hac vice)*
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
jheisler@sanfordheisler.com
ksharp@sanfordheisler.com
amelzer@sanfordheisler.com
aharwin@sanfordheisler.com
sbireda@sanfordheisler.com

*Counsel for Plaintiffs*